UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF COLORADO

_____

Civil Action No.   02-cv-2216-ABJ-PAC

ROYAL INDEMNITY COMPANY, a Delaware Corporation,
and ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,

Plaintiffs,

v.

COMMERCIAL UNDERWRITERS INSURANCE COMPANY, a California corporation;
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation;
AMERICAN STATES INSURANCE COMPANY, an Indiana corporation;
CONTINENTAL DIVIDE INSURANCE COMPANY, a Colorado corporation;

Defendants.

_____

### ORDER GRANTING ROYAL'S AND CUIC'S COMBINED MOTION TO DISMISS CONTINENTAL DIVIDE INSURANCE COMPANY WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(2)

_____

The Court, having reviewed plaintiff Royal's and defendant CUIC'S Combined Motion to Dismiss Continental Divide Insurance Company with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) with D.C.COLO.LCIV.R 7.1A Certification, and being otherwise fully advised;

IT IS ORDERED that Royal's and CUIC'S action against Defendant Continental Divide Insurance Company, be DISMISSED WITH PREJUDICE with each party to bear their own costs and attorneys fees.

Dated this 22nd day of July, 2005.

 /s/Alan B. Johnson
UNITED STATES DISTRICT JUDGE
  SITTING BY DESIGNATION