# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-2216-AJ-PAC

ROYAL INDEMNITY COMPANY, a Delaware Corporation,
and
ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation,

       Plaintiffs,

v.

COMMERCIAL UNDERWRITERS INSURANCE COMPANY, a California corporation,
AMCO INSURANCE COMPANY, an Iowa corporation,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,
AMERICAN STATES INSURANCE COMPANY, an Indiana corporation
CONTINENTAL DIVIDE INSURANCE COMPANY, a Colorado corporation,
FEDERATED SERVICE INSURANCE COMPANY, a Minnesota corporation,
HAWKEYE-SECURITY INSURANCE COMPANY, an Iowa corporation,
REDLAND INSURANCE COMPANY, an Iowa corporation,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas corporation,
UNION INSURANCE COMPANY, a Nebraska corporation, and
UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

       Defendants.

## ORDER RE: PLAINTIFF'S MOTION TO DISMISS ST. PAUL FIRE AND MARINE INSURANCE COMPANY WITH PREJUDICE

This Court, having reviewed Plaintiff's Motion to Dismiss St. Paul Fire and Marine Insurance Company with prejudice, and being otherwise fully advised, hereby:

ORDERS that all Plaintiff's claims for relief against St. Paul Fire and Marine Insurance Company, are dismissed with prejudice.

Dated: February 9, 2006

BY THE COURT:

   s/ Alan B. Johnson
District Court Judge