IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02216-WYD-KLM

ROYAL INDEMNITY COMPANY, a Delaware Corporation,
and
ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation,

    Plaintiffs,

v.

COMMERCIAL UNDERWRITERS INSURANCE COMPANY, a California corporation,
AMCO INSURANCE COMPANY, an Iowa corporation,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,
AMERICAN STATES INSURANCE COMPANY, an Indiana corporation
CONTINENTAL DIVIDE INSURANCE COMPANY, a Colorado corporation,
FEDERATED SERVICE INSURANCE COMPANY, a Minnesota corporation,
HAWKEYE-SECURITY INSURANCE COMPANY, an Iowa corporation,
REDLAND INSURANCE COMPANY, an Iowa corporation,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,
TRINITY UNIVERSAL INSURANCE COMPANY, a Texas corporation,
UNION INSURANCE COMPANY, a Nebraska corporation, and
UNITED FIRE & CASUALTY COMPANY, an Iowa corporation,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on review of the file. Pursuant to D.C.Colo.LCivR 40.1A, this case has been transferred to Judge Wiley Y. Daniel. This case was filed November 26, 2002. This file is voluminous and there are currently 30 pending motions, including several motions to dismiss and motions for summary judgment, many of which have been pending for over three-years. I have determined that the best way to proceed in this matter is to deny all pending motions, and have

counsel file status reports discussing the status of this case, and which motions counsel believe should be re-filed.  Therefore, it is hereby

ORDERED that all pending motions in this matter are **DENIED WITHOUT PREJUDICE**, including docket #'s 68, 101, 120, 200, 204, 217, 255, 257, 260, 294, 297, 300, 310,311, 314, 316, 318, 376, 382, 385, 396, 408, 410, 411, 424, 432, 434, 435, 441 and 443.  It is

FURTHER ORDERED  It is  that each party shall filed a short status report on or before **Friday, September 14, 2007**, which shall address the current status of this case and which motions, if any, need to be re-flied.  It is

FURTHER ORDERED that a status conference in this matter shall take place **Friday, September 21, 2007, at 9:00 a.m.,** 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.  At this status conference, I will establish a briefing schedule for the re-filing of motions, responses and replies, and set any further hearings, as necessary.

Dated:  August 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge