IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02216-WYD-KLM

ROYAL INDEMNITY COMPANY, a Delaware Corporation,
and
ROYAL INSURANCE COMPANY OF AMERICA, an Illinois Corporation,

    Plaintiffs,

v.

COMMERCIAL UNDERWRITERS INSURANCE COMPANY, a California corporation, et al.

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court regarding the following motions (1) Royal and CUIC's Joint, Unopposed Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2), filed October 1, 2007 (docket #469); (2) Royal and CUIC's Joint, Unopposed Motion to Substitute Royal for CUIC Pursuant to Fed. R. Civ. P. 25(c), filed October 1, 2007 (docket # 470); and (3) Royal's Unopposed Motion to Amend Caption filed October 1, 2007 (docket # 471).  It is hereby

ORDERED that Royal and CUIC's Joint, Unopposed Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2), filed October 1, 2007 (docket #469) is **GRANTED**.  It is

FURTHER ORDERED that CUIC is **DISMISSED WITH PREJUDICE** from this action, with each party to pay its own costs.  It is

FURTHER ORDERED Royal and CUIC's Joint, Unopposed Motion to Substitute Royal for CUIC Pursuant to Fed. R. Civ. P. 25(c), filed October 1, 2007 (docket # 470) is **GRANTED**.  It is

FURTHER ORDERED that Royal's Unopposed Motion to Amend Caption filed October 1, 2007 (docket #471) is **GRANTED**.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the caption to reflect Royal Indemnity Company as Plaintiff and American Family and American States as the only remaining Defendants in this matter.

Dated:  October 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge