IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-2216-WYD-KLM

ROYAL INDEMNITY COMPANY, a Delaware corporation; and
ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,

    Plaintiffs,

v.

COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ET AL,

    Defendants.

## MINUTE ORDER

    The firm of Hinshaw & Culbertson LLP's Request to Terminate Electronic Service in the above captioned matter is **GRANTED**.

    Dated: January 10, 2008