IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-2216-WYD-KLM

ROYAL INDEMNITY COMPANY, a Delaware corporation; and
ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,

      Plaintiffs,

v.

COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ET AL,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      The firm of Kennedy, Childs & Fogg, P.C.'s Request to Terminate Electronic Service in the above captioned matter is **GRANTED**.

      Dated: January 17, 2008