IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-2216-WYD-KLM

ROYAL INDEMNITY COMPANY, a Delaware corporation; and
ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,

    Plaintiffs,

v.

COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ET AL,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Joint, Unopposed Motion to Dismiss Redland Insurance Company with Prejudice, filed October 1, 2007 (docket #467). It is hereby

ORDERED that this action against Redland Insurance Company is **DISMISSED WITH PREJUDICE**. Each of said parties to bear their own costs and attorneys' fees.

Dated: January 22, 2008

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge