IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-2216-WYD-KLM

ROYAL INDEMNITY COMPANY, a Delaware corporation; and
ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,

    Plaintiffs,

v.

COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ET AL,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant American Family's Motion to Vacate and Reset the Hearing Date of March 14, 2008 is STRICKEN with leave to refile in accordance with D.C.COLO.LCivR 7.1.

Dated: February 15, 2008