IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-2216-WYD-KLM

ROYAL INDEMNITY COMPANY, a Delaware corporation; and
ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,

    Plaintiffs,

v.

COMMERCIAL UNDERWRITERS INSURANCE COMPANY, ET AL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant American Family's Motion to Vacate and Reset the Hearing Date of March 14, 2008, filed February 15, 2008 (docket # 497) is **GRANTED**. The hearing set for March 14, 2008 at 10:00 a.m. is **VACATED** and **RESET** on **Friday, June 13, 2008 at 9:00 a.m.**

Dated: February 19, 2008