**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: June 13, 2008 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **02-cv-02216-WYD-KLM**     Counsel:

**ROYAL INDEMNITY COMPANY, et al.**,     Jonathan A. Decker

    Plaintiffs,

v.

**COMMERCIAL UNDERWRITERS**     Lelia K. Chaney
**INSURANCE COMPANY, et al.**,     David H. Yun

    Defendants.

## COURTROOM MINUTES

**HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

**9:03 a.m.**     Court in Session

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

    Defendant's Motion for Summary Judgment (#475 - 11/30/07); Defendant's Renewed Motion for Summary Judgment (#476 - 11/30/07); and Plaintiffs' Motion for Summary Judgment (#477 - 11/30/07) are raised for argument.

9:09 a.m.     Argument by Plaintiffs (Mr. Decker).

9:20 a.m.     Argument by Defendant (Ms. Chaney).

9:23 a.m.     Argument by Defendant (Mr. Yun).

9:25 a.m.     Argument by Plaintiffs (Mr. Decker).

Court makes findings.

**ORDERED:** Defendant's Motion for Summary Judgment (#475 - 11/30/07) is **GRANTED.**

**ORDERED:** Defendant's Renewed Motion for Summary Judgment (#476 - 11/30/07) is **GRANTED.**

**ORDERED:** Plaintiffs' Motion for Summary Judgment (#477 - 11/30/07) is **DENIED.**

Court will issue a written order.

**9:31 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:28**